COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
ADAM C. TRIGG (261498) (atrigg@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
REVANCE THERAPEUTICS, INC., L. DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD W. EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, RONALD WOOTEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVANCE THERAPEUTICS, INC., L. DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD W. EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, RONALD WOOTEN, COWEN AND COMPANY, LLC, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., WILLIAM BLAIR & COMPANY, L.L.C. and DOES 1-25 inclusive,<br><br>Defendants. | Case No.<br><br>San Mateo County Superior Court<br>Case No. CIV 533635<br><br>**NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION** |

**TO THE CLERK OF THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. sections 1331, 1441, and 1446,

1  Defendants Revance Therapeutics, Inc., L. Daniel Browne, Lauren P. Silvernail, Jacob Waugh,
2  Robert Byrnes, Ronald W. Eastman, Phyllis Gardner, James Glasheen, Jonathan Tunnicliffe,
3  Ronald Wooten, Cowen and Company, LLC; Piper Jaffray & Co., BMO Capital Markets Corp.,
4  and William Blair & Company, L.L.C., (collectively "Defendants") hereby jointly remove the
5  above captioned case, and all claims and causes of action therein, from the Superior Court of the
6  State of California, County of San Mateo to the United States District Court for the Northern
7  District of California, San Francisco Division. This Notice of Removal is based on the following
8  grounds:

9      1.    On or about May 1, 2015, Plaintiff City of Warren Police and Fire Retirement System, individually and on behalf of others all similarly situated, commenced a civil action in the Superior Court of the State of California, County of San Mateo, captioned *City of Warren Police and Fire Retirement System v. Revance Therapeutics, Inc., et al,.* Case No. CIV 533635 (the "State Court Action"). A true and accurate copy of all process, pleadings, and orders served upon defendants in the State Court Action are attached as Exhibit "A".

    2.    Defendants Ronald Wooten and Jonathan Tunnicliffe, were served with a copy of the Complaint and a Summons for the State Court Action on May 7, 2015.

    3.    This Notice of Removal is being filed within 30 days after service of the Summons and Complaint upon Defendants Ronald Wooten and Jonathan Tunnicliffe and is thus timely under 28 U.S.C. section 1446(b).

    4.    Defendants have not pled, answered, or otherwise appeared in the State Court Action.

**JURISDICTION**

    5.    This Court has original subject matter of jurisdiction over this action pursuant to 28 U.S.C. section 1331 because the claims asserted in the State Court Action arise under the laws of the United States. The State Court action is a putative class action brought against Revance Therapeutics Inc., certain of its officers and directors and certain underwriters of Revance Therapeutics Inc.'s June 19, 2014, follow-on public stock offering. The State Court Action alleges violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933, which are laws of

the United States. Thus, the action states a federal question granting the district court original jurisdiction. The complaint lacks any state law claims.

6. As a result, the State Court Action is facially removable under 28 U.S.C. section 1441. Pursuant to 28 U.S.C. section 1441, "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending."

7. Plaintiff asserts its claim on behalf of a putative class of purchasers of shares of Revance Therapeutics, Inc., which are "covered securities" under 15 U.S.C. section 77p(f)(3).

8. Class actions alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 with respect to "covered securities" are properly removed to and heard in federal court. 15 U.S.C. section 77n(b); *see, e.g., Lapin v. Facebook, Inc.*, No. C-12-3195 MMC, 2012 WL 3647409, at *2 (N.D. Cal. Aug. 23, 2012) ("federal courts alone have jurisdiction to hear covered class actions raising 1933 Act claims") (quoting *Knox v. Agria Corp.,* 613 F. Supp. 2d 419, 425 (S.D.N.Y. 2009)); *In re Fannie Mae Sec. Litig.,* No. 08-cv-7831-PAC, 2009 WL 4067266, at *2 (S.D.N.Y. Nov. 24, 2009); *Rovner v. Vonage Holdings Corp.*, No. 07-178, 2007 WL 446658, at *3-4 (D.N.J. Feb. 7, 2007).

9. Pursuant to 28 U.S.C. section 1446(d), Defendants will promptly serve a copy of this Notice on plaintiff's attorney of record as well as file a copy of this Notice with the Clerk of the Superior Court of the State of California for the County of San Mateo.

10. Undersigned counsel certify that all defendants who have been served with a Summons and Complaint in this action join in this Notice of Removal as required by 28 U.S.C. section 1446(b).

**INTRADISTRICT ASSIGNMENT**

Pursuant to U.S. District Court for the Northern District of California Civil Local Rule 32(c), this putative class action should be assigned on a district-wide basis.

///

///

1    **WHEREFORE**, pursuant to 28 U.S.C. sections 1331, 1441, and 1446 and 15 U.S.C.
2    section 77n(b), Defendants remove this action in its entirety from the Superior Court of the State
3    of California, County of San Mateo, to the United States District Court for the Northern District
4    of California.

6    Dated: June 5, 2015                    COOLEY LLP
                                            JOHN C. DWYER (136533)
7                                           SHANNON M. EAGAN (212830)
                                            ADAM C. TRIGG (261498)

                                            */s/ Shannon M. Eagan*
10                                          Shannon M. Eagan (212830)

11                                          Attorneys for Defendants
                                            REVANCE THERAPEUTICS, INC., L. DANIEL
12                                          BROWNE, LAUREN P. SILVERNAIL, JACOB
                                            WAUGH, ROBERT BYRNES, RONALD W.
13                                          EASTMAN, PHYLLIS GARDNER, JAMES
                                            GLASHEEN, JONATHAN TUNNICLIFFE, and
14                                          RONALD WOOTEN.

16   Dated: June 5, 2015                    DECHERT LLP
                                            JOSHUA D. N. HESS (244115)

                                            */s/ Joshua D. N. Hess*
19                                          Joshua D. N. Hess (244115)

20                                          Attorney for Defendants
                                            COWEN AND COMPANY, LLC; PIPER
21                                          JAFFRAY & CO., BMO CAPITAL MARKETS
                                            CORP., and WILLIAM BLAIR & COMPANY
22                                          L.L.C.