COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
ADAM C. TRIGG (261498) (atrigg@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendants
REVANCE THERAPEUTICS, INC., L DANIEL BROWNE,
LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT
BYRNES, RONALD EASTMAN, PHYLLIS GARDNER,
JAMES GLASHEEN, JONATHAN TUNNICLIFFE, and
RONALD WOOTEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REVANCE THERAPEUTICS, INC., L. DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD W. EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, RONALD WOOTEN, COWEN AND COMPANY, LLC, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., WILLIAM BLAIR & COMPANY, LLC, AND DOES 1-25, inclusive,<br><br>Defendants. | Case No.  3:15-cv-02512-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO OPPOSE MOTION TO REMAND**<br><br>Date:       August 6, 2015<br>Time:      2:00 PM<br>Judge:     Hon. Haywood S. Gilliam Jr. |

Pursuant to United States District Court for the Northern District of California Civil Local Rules ("L.R") 6-2 and 7-12, Defendants Revance Therapeutics, Inc., L. Daniel Browne, Lauren P. Silvernail, Jacob Waugh, Robert Byrnes, Ronald W. Eastman, Phyllis Gardner, James Glasheen,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

118082674 v1                                1.                      JOINT STIP. AND [PROPOSED] ORDER RE TIME
                                                                    TO OPPOSE MOTION TO REMAND
                                                                    3:15-CV-02512-HSG

Jonathan Tunnicliffe, Ronald Wooten, Cowen and Company LLC, Piper Jaffray & Co., BMO Capital Markets, Corp., and William Blair & Company, LLC ("Defendants") and Plaintiff City of Warren Police and Fire Retirement System, ("Plaintiff") (collectively, "the Parties"), hereby agree and stipulate that good cause exists to request an order from this Court (i) extending Defendants' time to file an opposition to Plaintiff's motion to remand, and (ii) extending Plaintiff's time to file its reply to Defendants' opposition to the motion to remand.

## RECITALS

WHEREAS, on May 1, 2015, Plaintiff filed a putative class action, "*City of Warren Police and Fire Retirement System v. Revance Therapeutics, Inc. et. al.,*" Case No. CIV 533635 against Defendants in San Mateo Superior Court alleging violations of the Federal Securities Laws (the "Complaint");

WHEREAS, on June 5, 2015, Defendants removed the action to federal court (Dkt. 1);

WHEREAS, on June 5, 2015, the action was assigned to the Hon. Haywood S. Gilliam Jr. (Dkt. 3);

WHEREAS, on June 8, 2015, this Court issued an Order setting an Initial Case Management Conference for September 8, 2015, at 2:00 PM (Dkt. 4);

WHEREAS, on June 9, 2015, the parties stipulated under Civil L.R. 6-1(a) that, in light of the anticipated remand motion and opposition, and in the interests of judicial economy and preservation of the Court's and the parties' resources, Defendants need not respond to the pending Complaint, but would respond within 30 days of Plaintiff amending the Complaint or designating an operative complaint (Dkt. 7);

WHEREAS, on June 9, 2015, Plaintiff filed a motion to remand the action to state court, indicating August 6, 2015 at 2:00 PM as the date and time for hearing on the motion. (Dkt. 8);

WHEREAS, Defendants intend to oppose the remand motion;

WHEREAS, pursuant to Civil L.R. 7-3 Defendants' opposition to the motion to remand must be filed not more than 14 days after the motion to remand was filed, and Plaintiff's reply must be filed not more than 7 days after the opposition was due;

WHEREAS, pursuant to Civil L.R. 6-2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

WHEREAS, to accommodate scheduling conflicts and Counsel's travel commitments, Defendants require a brief extension of time to respond to the motion to remand.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

**1.** Defendants' opposition to the motion to remand shall be filed on or before July 2, 2015.

**2.** Plaintiff's reply to the opposition to the motion to remand shall be filed on or before July 14, 2015.

**3.** The hearing on the remand motion will occur as currently scheduled on August 6, 2015, at 2:00 PM.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

118082674 v1

3.

JOINT STIP. AND [PROPOSED] ORDER RE TIME
TO OPPOSE MOTION TO REMAND
3:15-CV-02512-HSG

| | |
|---|---|
| Dated: June 16, 2015 | COOLEY LLP |
| | |
| | */s/ Shannon M. Eagan* |
| | Shannon M. Eagan (212830) |
| | |
| | Attorneys for Defendants |
| | REVANCE THERAPEUTICS, INC., L DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD W. EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, and RONALD WOOTEN |
| Dated: June 16, 2015 | DECHERT LLP |
| | |
| | */s/ Joshua D. N. Hess* |
| | Joshua D. N. Hess (244115) |
| | |
| | DECHERT LLP |
| | One Bush Street |
| | Suite 1600 |
| | San Francisco, CA  94104 |
| | 415.262.4583 direct |
| | 415.262.4555 fax |
| | joshua.hess@dechert.com |
| | |
| | Attorneys for Defendants |
| | COWEN AND COMPANY, LLC, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., WILLIAM BLAIR & COMPANY, LLC |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

118082674 v1

4.

JOINT STIP. AND [PROPOSED] ORDER RE TIME
TO OPPOSE MOTION TO REMAND
3:15-CV-02512-HSG

| | | |
|---|---|---|
| 1 | Dated: June 16, 2015 | ROBBINS GELLAR RUDMAN & DOWD LLP |

*/s/ James I. Jaconette*
James I. Jaconette (179565)

ROBBINS GELLAR RUDMAN
  & DOWD LLP
JAMES I. JACONETTE (179565)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
    – and –
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    June 17, 2015          _/s/ Haywood S. Gilliam Jr._
                                           Hon. Haywood S. Gilliam, Jr.
                                           United States District Court Judge

Cooley LLP
Attorneys At Law
Palo Alto

118082674 v1

5.

JOINT STIP. AND [Proposed] ORDER RE TIME
TO OPPOSE MOTION TO REMAND
3:15-CV-02512-HSG

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Northern District of California, Civil L. R. 5-1(i), I, Shannon M. Eagan, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Joshua D. N. Hess and James I. Jaconette, who have provided the conformed signatures above.

Dated: June 16, 2015           COOLEY LLP

*/s/ Shannon M. Eagan*
Shannon M. Eagan (212830)

Attorneys for Defendants
REVANCE THERAPEUTICS, INC., L DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, and RONALD WOOTEN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

118082674 v1

6.

JOINT STIP. AND [PROPOSED] ORDER RE TIME TO OPPOSE MOTION TO REMAND
3:15-CV-02512-HSG