Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City of Warren Police & Fire Ret. Sys. )
                         Plaintiff(s), )  Case No: 15cv2512-HSG

v.

Revance Therapeutics, Inc. )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

                         Defendant(s). )

I, Thomas C. Michaud, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: City of Warren Police & Fire Ret. System in the above-entitled action. My local co-counsel in this case is James I. Jaconette, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Vanoverbeke Michaud & Timmony, P.C.<br>79 Alfred St., Detroit, MI  48201 | Robbins Geller Rudman & Dowd LLP<br>655 W. Broadway #1900, San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (313) 578-1200 | (619) 231-1058 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tmichaud@vmtlaw.com | jamesj@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P46787.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/18/15

                                                    Thomas C. Michaud
                                                           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Thomas C. Michaud is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2015

                                           *Haywood S. Gilliam Jr.*
                                           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 18, 2015.

                                                    s/ THOMAS C. MICHAUD
                                                    THOMAS C. MICHAUD

                                                    VANOVERBEKE MICHAUD
                                                      & TIMMONY, P.C.
                                                    79 Alfred Street
                                                    Detroit, MI  48201
                                                    Telephone:  313/578-1200
                                                    313/578-1201 (fax)

                                                    E-mail:  tmichaud@vmtlaw.com

# Mailing Information for a Case 3:15-cv-02512-HSG City of Warren Police and Fire Retirement System v. Revance Therapeutics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Shannon Marie Eagan , Esq**
  seagan@cooley.com,galancr@cooley.com

- **Joshua David Hess**
  joshua.hess@dechert.com,reginald.zeigler@dechert.com,john.lutrario@dechert.com,kathryn.vangaasbeek@dechert.com

- **James Ian Jaconette**
  jamesj@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adam Christopher Trigg**
  atrigg@cooley.com,jcorrell@cooley.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of this Court, certify that **THOMAS MICHAUD** was duly admitted to practice in this Court on December 22, 1993, and is in good standing as a member of the Bar of this Court.

Dated at Detroit, MI on June 17, 2015

David J. Weaver
Clerk



Deputy Clerk