1  Joshua D. N. Hess, SB # 244115
   DECHERT LLP
2  One Bush Street, Suite 1600
   San Francisco, CA  94104
3  Telephone:     (415) 262-4500
   Facsimile:     (415) 262-4555
4  joshua.hess@dechert.com

5  Linda C. Goldstein (*Applicant*)
   DECHERT LLP
6  1095 Avenue of the Americas
   New York, NY 10036
7  Telephone:     (212) 698-3500
   Facsimile:     (212) 698-3599
8  linda.goldstein@dechert.com

9
   Attorneys for Defendants
10 COWEN AND COMPANY, LLC, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS
   CORP. and WILLIAM BLAIR & COMPANY L.L.C.
11

12                    UNITED STATES DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:15-cv-02512-HSG |
| 17                Plaintiff, | |
| 18        v. | |
| 19  REVANCE THERAPEUTICS, INC., L. DANIEL BROWNE, LAUREN P. SILVERNAIL, JACOB WAUGH, ROBERT BYRNES, RONALD W. EASTMAN, PHYLLIS GARDNER, JAMES GLASHEEN, JONATHAN TUNNICLIFFE, RONALD WOOTEN, COWEN AND COMPANY, LLC, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., WILLIAM BLAIR & COMPANY, L.L.C. and DOES 1-25 inclusive, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (Civil Local Rule 11-3) and [PROPOSED] ORDER |
| 25                Defendants. | |

27         I, Linda C. Goldstein, an active member in good standing of the bar of the state

28  of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern

*PRO HAC VICE* APPLICATION AND ORDER RE: LINDA C.
GOLDSTEIN
Case No. 3:15-cv-02512-HSG

District of California representing: Defendants Cowen and Company, LLC, Piper Jaffray & Co., BMO Capital Markets Corp., and William Blair & Company L.L.C.in the above-entitled action. My local co-counsel in this case is Joshua D. N. Hess, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

My address of record is:   Linda C. Goldstein (*Applicant*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036

My telephone number of record is:   (212) 698-3500

My email address of record is:   linda.goldstein@dechert.com

Local co-counsel's address of record is:   Joshua D. N. Hess
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA  94104

Local co-counsel's telephone number of record is:   (415) 262-4500

Local co-counsel's email address of record is:   joshua.hess@dechert.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my New York bar number is 2126118.

A true and correct copy of a certificate of good standing from the State Bar of New York is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED: July 1, 2015

By: _____
Linda C. Goldstein

PRO HAC VICE APPLICATION AND ORDER RE: LINDA C. GOLDSTEIN       2
Case No. 3:15-cv-02512-HSG

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Linda C. Goldstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: 7/15/2015

UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

*PRO HAC VICE* APPLICATION AND ORDER RE: LINDA C. GOLDSTEIN
Case No. 3:15-cv-02512-HSG

3

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LINDA C. GOLDSTEIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 23, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 1, 2015**

_Susanna Rojas_
Clerk of the Court

9677